428

639 A.2d 1170

**In the Matter of Appeal of Ronald PANYKO, an individual.**

Supreme Court of Pennsylvania.

Argued March 8, 1994.

Decided March 30, 1994.

Stanford A. Segal, Gatz, Cohen, Segal & Koerner, P.A., Pittsburgh, for appellant.

John Bacharach, Bacharach & Klein, Pittsburgh, for Borough of McKees Rocks.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

PAPADAKOS and CASTILLE, JJ., dissent and would reach the merits of the case.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.